# EXHIBIT "A"

[G HALCSIN] hey girl its ur father how are you doing? delete this after u read this i love you and miss you. im doing ok delete after you send

[G HALCSIN] sweet dreams i love you 143 deleate this its ur father