# EXHIBIT "C"

Halesin, Gunther
69920-066
Federal Detention Center Philadelphia
PO Box #562
Phila, PA, 19106

⇔69920-066⇔
Jenifer Flick

19464356674 C030

601 MUST BE OPEN.

Hey Jen, Justin everyone This is the most Pain I Have ever been in. I Dont understand everthing thats happing. ~~The there~~ Bigest ~~most~~ misunderstanding when I can call I will. Im looking Between 15yrs-life IDK. I got court in 2 fridays.

I'm going to hellpout the Best I can you guys I relly condisier u family. I Borrowd This paper And stamp it was hard. No one will share and I dont know If anyone knows Im in hear. My sis brother, Mackenzie. I cant cry because where I am →

They have westernunion could you deposit My checks Keep Half you can Sign them or send and I will sign. And They allso have P.O.A Papers hear this way I/we cand still do lawsuit. And you guys can split it with Mackenzie. I cant call Anyone without $ or live without $ in hear.

This is the Info they gave me.

westernunion.com
Reg # ▇▇▇▇▇▇▇
citycode F.B.O.P        F.B.O.P
Name Gunther Halcsin
Statecode. D.C

Can you I.M My Sister and Brother My sis is monique Peirce
My Brother is
    Charles dempencart
they Are my friends on F.B
If you can find it,
give them info for me

I pray I get out Soon. But Dont want lose out on $, ~~$~~ Ty guy Talk to you Soon. Please Wright Back. Sige My check for me or Send I will and send back 50/50%. Hope everyone is good

        love gunny.
            PS→

Please TAKe care of Sunny,

I have 2 get ahod of my sister and see whats going on. Ty guys